UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────

KEVIN GAREY, on behalf of himself and
all others similarly situated,

               Plaintiff,          Case No. 1:19-cv-01909-JGK

   -against-                     PETITION FOR THE AWARD OF
                                            COSTS AND FEES RELATED TO
                                            THE ACTION

YANDY, LLC,

               Defendant.
───────────────────────────────────────────

      PLEASE TAKE NOTICE that, on August 2, 2019, or such other date set by the Court, Plaintiff will move this Court, based on the declaration of Jonathan Shalom, Esq., and all documents attached thereto, Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Attorneys' Fees, Costs, pursuant to the Americans with Disabilities Act ("A.D.A.") and the New York City Human Rights Law ("N.Y.C.H.R.L."), 42 U.S.C. § 12205; N.Y.C. Admin. Code § 8-502(f), as the Defendant has failed to enter an appearance or otherwise meaningfully respond, and for such other and further relief as this Honorable Court may deem just and proper.

Dated:    July 12, 2019

                                                        Respectfully Submitted,

                                                        /s/ Jonathan Shalom
                                                        Jonathan Shalom, Esq.
                                                        Shalom Law PLLC
                                                        124-04 Metropolitan Avenue
                                                        Kew Gardens, NY 11415
                                                        Attorney for Plaintiff