**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Kevin Garey, on behalf of himself and all others similarly situated, | |
| Plaintiffs, | Case No. **1:19-cv-01909-JGK** |
| -against- | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Yandy, LLC., | |
| Defendant. | |

**PLEASE TAKE NOTICE**, that the above-entitled action against the Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Queens, New York
September 10, 2019

Respectfully submitted,

By: /s/Jonathan Shalom
Jonathan Shalom, Esq.
SHALOM LAW, PLLC.
Phone: (718) 971-9474
Email: Jshalom@JonathanShalomLaw.com
*Attorneys for Plaintiff*